IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TYRONE L. REED,                        No. C-10-3173 TEH (PR)

       Plaintiff,

    v.                                 ORDER OF DISMISSAL

ROBERT K. WONG,

       Defendant.
_____/

    Plaintiff, a prisoner presently incarcerated at Kern Valley State Prison in Delano, California, and frequent litigant in federal court, filed a pro se civil rights Complaint under 42 U.S.C. § 1983 alleging that Robert K. Wong, former Warden of San Quentin State Prison ("SQSP"), "should have known" about how various SQSP correctional officers were deliberately indifferent to Plaintiff's safety while he was imprisoned at that facility. Doc. #1 at 3. Because Plaintiff's statement that former SQSP Warden Robert K. Wong "should have known" that SQSP correctional officers were deliberately indifferent to Plaintiff's safety was insufficient to state an Eighth Amendment claim under 42 U.S.C. § 1983, the Court

1  granted Plaintiff thirty days to file an amended complaint
2  correcting all pleading deficiencies that the Court identified in
3  its screening order.  See Doc. #4.  Plaintiff was advised that
4  failure to file a proper amended complaint within the designated
5  time would result in dismissal of the action.  Id.
6          To date, Plaintiff, however, has failed either to file an
7  amended complaint or seek an extension of time to do so.
8  Accordingly, the action is DISMISSED without prejudice.
9          The clerk shall close the file and terminate all pending
10 motions as moot.
11         IT IS SO ORDERED.
12
   DATED     05/16/2011                  _____
13                                       THELTON E. HENDERSON
                                         United States District Judge

25 G:\PRO-SE\TEH\CR.10\Reed-10-3173-dismiss-failure to file FAC.wpd

**2**